IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RABII BAGHDAD,** | : | |
| Petitioner | : | |
| | : | No. 1:21-cv-293 |
| v. | : | |
| | : | (Judge Rambo) |
| **CLAIR DOLL,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 13th day of April 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge